UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID PAUL HAMMER, | ) |
|           Plaintiff, | ) |
| vs. | )    1:01-cv-558-JDT-JPG |
| JOHN ASHCROFT, Attorney General of the United States, et al., | ) |
|           Defendants. | ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's third motion for the appointment of counsel is **denied.** Various circumstances concerning proceedings with the plaintiff's post-conviction action in the Middle District of Pennsylvania have now been concluded. In addition to this, the plaintiff has asserted and refined his claims in a clear fashion, has initiated and participated in discovery, has responded to court orders setting deadlines and making other rulings, and has responded to the defendants' motion for summary judgment in an intelligible and procedurally proper fashion. As noted previously, the plaintiff is within the spectrum of "most indigent parties" because he has had a meaningful opportunity to present his claims, he has demonstrated familiarity with his claims and the ability to present them, because the issues presented by his claims are not complex, and because this does not appear to be a case in which the presence of counsel would make a difference in the outcome. *See Farmer v. Haas,* 990 F.2d 319, 322 (7th Cir. 1993); *DiAngelo v. Illinois Department of Public Aid,* 891 F.2d 1260, 1262 (7th Cir. 1989) ("[m]ost indigent parties in civil cases must fend for themselves here, attempting to persuade lawyers to take their cases and representing themselves if members of the bar think their claims weak").

2. The plaintiff's motion for an expedited ruling on the defendants' motion for summary judgment is **granted.** Notice will be issued to the parties when such ruling has been made.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 01/25/2006

Copies to:

David Hammer, Reg. No. #24507-077
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Gerald A. Coraz
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204-3048